June 10, 1976

No. A–1075. Board of Education of the City of Elizabeth, New Jersey v. Byrne, Governor of New Jersey, et al. Application for stay of judgment of the Supreme Court of New Jersey, presented to Mr. Justice Brennan, and by him referred to the Court, denied.

No. A–1079. Webb et al. v. Lohr, Judge. Sup. Ct. Colo. Application for preliminary injunction and/or stay of order entered by respondent on June 2, 1976 [in *People* v. *Longet*], presented to Mr. Justice White, and by him referred to the Court, denied.

June 14, 1976

No. 75–1561. Chula Vista Electric Co. v. State Board of Equalization of California. Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 75–1580. McVea et al. v. Board of Directors of the Federal Intermediate Credit Bank. Appeal from Sup. Ct. La. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 75–1569. Arizona Public Service Co. v. Arizona et al. Appeal from Ct. App. Ariz. dismissed for want of jurisdiction. 28 U. S. C. § 2101 (c).